# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DONOSO,<br><br>     Plaintiff,<br><br>vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES,<br><br>     Defendant. | CIVIL ACTION NO. |

### DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, LLC's
### RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT

Defendant, Portfolio Recovery Associates, LLC, by and through its counsel, Thomas R. Dominczyk, Esq., hereby submits its Corporate Disclosure Statement and states as follows:

Portfolio Recovery Associates, LLC, is a wholly owned subsidiary of Portfolio Recovery Associates, Inc., a non-governmental entity. Portfolio Recovery Associates, Inc. is a publicly traded company. No publicly held corporation owns ten percent (10%) or more of the stock of Portfolio Recovery Associates, Inc.

                                          **MAURICE & NEEDLEMAN, P.C**.
                                          Attorneys for Defendant
                                          Portfolio Recovery Associates, LLC
                                          5 Walter E. Foran Blvd., Suite 2007
                                          Flemington, NJ 08822
                                          (908) 237-4550

                                By: **/s/ Thomas R. Dominczyk**
                                          Thomas R. Dominczyk, Esq.

Date: January 7, 2013

**CERTIFICATION OF FILING AND SERVICE**

I certify that January 7, 2013, the foregoing document was electronically filed via CM/ECF with the Clerk, United States District Court for the District of New Jersey.  I further certify that I caused a copy of the foregoing to be served via Regular and Certified Mail, RRR on:

John Donoso
216 Lincoln Avenue
Elizabeth, NJ 07208

By: <b><u>/s/ Thomas R. Dominczyk</u></b><br>Thomas R. Dominczyk, Esq.

Date: January 7, 2013